# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>SILIKAL-AMERICA, INC.; HUNDT INDUSTRIAL, LLC; CHRISTOPHER HUNDT; ANDREW MILLS; and PAUL SONDERMAN,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:08-CV-0119-CC |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Courtland L. Reichman, a member of the bar of this Court, and, pursuant to and in accordance with Local Rule 83.1(D), hereby notifies the Clerk of Court and all parties in this action of his appearance as lead counsel on behalf of Defendants Defendants Silikal-America, Inc.; Hundt Industrial, LLC; Christopher Hundt; Andrew Mills; and Paul Sonderman.

Respectfully submitted this 4th day of February, 2008.

                                               KING & SPALDING LLP

                                         _s/ Courtland L. Reichman_
                                         Courtland L. Reichman
                                            (Ga. Bar No. 599894)
                                         1180 Peachtree Street
                                         Atlanta, Georgia 30309
                                         Telephone: (404) 572-4600
                                         Facsimile: (404) 572-5135

                                         Attorneys for Defendants
                                         SILIKAL-AMERICA, INC.;
                                         HUNDT INDUSTRIAL, LLC;
                                         CHRISTOPHER HUNDT;
                                         ANDREW MILLS; and
                                         PAUL SONDERMAN

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Henry D. Fellows, Jr.
>Kevin P. Weimer
>Fellows LaBriola LLP
>225 Peachtree Street, N.E.
>Suite 2300 South Tower
>Atlanta, Georgia 30303
>
>Kevin C. Kaplan
>Gabriel Groisman
>Coffey Burlington
>2966 South Bayshore Drive
>Penthouse
>Miami, Florida 33133

This 4th day of February, 2008.

>s/ Courtland L. Reichman
>Courtland L. Reichman
>(Ga. Bar No. 599894)