IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD.<br><br>Plaintiff,<br><br>v.<br><br>SILIKAL-AMERICA, INC.; HUNDT INDUSTRIAL, LLC; CHRISTOPHER HUNDT; ANDREW MILLS; and PAUL SONDERMAN,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:08-CV-0119-CC |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Jill Wasserman, a member of the bar of this Court, and, pursuant to and in accordance with Local Rule 83.1(D), hereby notifies the Clerk of Court and all parties in this action of her appearance as lead counsel on behalf of Defendants Defendants Silikal-America, Inc.; Hundt Industrial, LLC; Christopher Hundt; Andrew Mills; and Paul Sonderman.

Respectfully submitted this 11th day of March, 2008.

                                  KING & SPALDING LLP

                                  s/ Jill Wasserman
                                  Courtland L. Reichman
                                    (Ga. Bar No. 599894)
                                  Jill Wasserman
                                    (Ga. Bar No. 739662)
                                  1180 Peachtree Street
                                  Atlanta, Georgia 30309
                                  Telephone: (404) 572-4600
                                  Facsimile: (404) 572-5135

                                  Attorneys for Defendants
                                  SILIKAL-AMERICA, INC.;
                                  HUNDT INDUSTRIAL, LLC;
                                  CHRISTOPHER HUNDT;
                                  ANDREW MILLS; and
                                  PAUL SONDERMAN

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Henry D. Fellows, Jr.
>Kevin P. Weimer
>Fellows LaBriola LLP
>225 Peachtree Street, N.E.
>Suite 2300 South Tower
>Atlanta, Georgia 30303
>
>Kevin C. Kaplan
>Gabriel Groisman
>Coffey Burlington
>2966 South Bayshore Drive
>Penthouse
>Miami, Florida 33133

This 11th day of March, 2008.

>s/ Jill Wasserman
>Jill Wasserman
>(Ga. Bar No. 739662)