IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SILIKAL-AMERICA, INC.; HUNDT )<br>INDUSTRIAL, LLC; CHRISTOPHER )<br>HUNDT; ANDREW MILLS; and )<br>PAUL SONDERMAN, )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION FILE<br><br>NO. 1:08-CV-0119-CC |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW John Harbin, a member of the bar of this Court, and, pursuant to and in accordance with Local Rule 83.1(D), hereby notifies the Clerk of Court and all parties in this action of his appearance as lead counsel on behalf of Defendants Silikal-America, Inc.; Hundt Industrial, LLC; Christopher Hundt; Andrew Mills; and Paul Sonderman.

Respectfully submitted this 2nd day of October, 2008.

                                              KING & SPALDING LLP

                                              */s/ Courtland L. Reichman*

                                              Courtland L. Reichman
                                                (Ga. Bar No. 599894)
                                             John Harbin
                                                (Ga. Bar No. 324130)
                                             Jill Wasserman
                                                (Ga. Bar No. 739662)
                                             John P. Sheesley
                                                (Ga. Bar No. 556914)
                                             1180 Peachtree Street
                                             Atlanta, Georgia 30309
                                             Telephone: (404) 572-4600
                                             Facsimile: (404) 572-5135

                                             Attorneys for Defendants
                                             SILIKAL-AMERICA, INC.;
                                             HUNDT INDUSTRIAL, LLC;
                                             CHRISTOPHER HUNDT;
                                             ANDREW MILLS; and
                                             PAUL SONDERMAN

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Henry D. Fellows, Jr.
>Kevin P. Weimer
>Fellows LaBriola LLP
>225 Peachtree Street, N.E.
>Suite 2300 South Tower
>Atlanta, Georgia 30303
>
>Kevin C. Kaplan
>Gabriel Groisman
>Coffey Burlington
>2966 South Bayshore Drive
>Penthouse
>Miami, Florida 33133

This 2nd day of October, 2008.

John Harbin
(Ga. Bar No. 324130)