IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| ) | NO. 1:08-CV-0119-CC |
| ) | |
| v. ) | |
| ) | |
| SILIKAL-AMERICA, INC.; SILIKAL USA, INC.; SILIKAL GMBH & CO.; PMM AMERICA, INC.; HUNDT INDUSTRIAL, LLC; CHRISTOPHER HUNDT; ANDREW MILLS; and PAUL SONDERMAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COME NOW, Mary Anne Ackourey and Amy M. Combs of the law firm Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339, and pursuant to Local Rule 83.1(D)(1), enter an appearance on behalf of Defendant Silikal USA, Inc. in the above-referenced matter.

[SIGNATURE ON FOLLOWING PAGE]

        Respectfully submitted,

        **FREEMAN MATHIS & GARY, LLP**


        /s/ Mary Anne Ackourey
        Mary Anne Ackourey
        Georgia Bar No. 001555

        /s/ Amy M. Combs
        Amy M. Combs
        Georgia Bar No. 179727

100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
T:  770.818.0000
F:  770.937.9960
mackourey@fmglaw.com
acombs@fmglaw.com

        Attorneys for Defendant
        Silikal USA, Inc.

AC3272.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD. | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) **CIVIL ACTION**<br>) **NO. 1:08-CV-0119-CC**<br>) |
| v. | )<br>) |
| SILIKAL-AMERICA, INC.; SILIKAL USA, INC.; SILIKAL GMBH & CO.; PMM AMERICA, INC.; HUNDT INDUSTRIAL, LLC; CHRISTOPHER HUNDT; ANDREW MILLS; and PAUL SONDERMAN, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF APPEARANCE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Kevin C. Kaplan
Gabriel Groisman
Coffey Burlington
2966 South Bayshore Drive
Penthouse
Miami, FL  33133

Henry D. Fellows, Jr.
Kevin P. Weimer
Fellows LaBriola LLP
225 Peachtree Street, N.E.
Suite 2300 South Tower
Atlanta, GA  30303

Courtland L. Reichman
John Harbin
Jill Wasserman
John P. Sheesley
Suzanne Smith Williams
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA  30309

    This 8th day of December, 2008.

                                        /s/ Mary Anne Ackourey
                                        Mary Anne Ackourey
                                        Georgia Bar No. 001555

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
T:  770.818.0000
F:  770.937.9960
mackourey@fmglaw.com