IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD., a foreign corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SILIKAL-AMERICA, INC., a Georgia Corporation; HUNDT INDUSTRIAL, LLC, a foreign limited liability company; CHRISTOPHER HUNDT, an individual; ANDREW MILLS, an individual; and PAUL SONDERMAN, an individual,<br><br>　　　　Defendants. | CIVIL ACTION<br>FILE NO. 1:08-CV-0119-CC |

**NOTICE OF FILING SUPPLEMENTAL NOTICE OF SERVICE**

Plaintiff AcryliCon International, Ltd. ("AcryliCon"), by and through counsel, hereby files its supplemental notice of service of motion for entry of injunction against Silikal Germany after its default, attached as Exhibit A hereto.

Respectfully submitted this 4th day of February, 2009.

COFFEY BURLINGTON

/s/Kevin C. Kaplan
Kevin C. Kaplan
Florida Bar No.933848
Gabriel Groisman
Florida Bar No. 25644
2966 South Bayshore Drive
Penthouse
Miami, Florida 33133
FELLOWS LABRIOLA LLP

/s/Henry D. Fellows, Jr.
Henry D. Fellows, Jr.
Georgia Bar No. 257825
Kevin P. Weimer
Georgia Bar No. 745979
225 Peachtree Street, N.E.
Suite 2300 South Tower
Atlanta, Georgia 30303
Telephone: (404) 586-9200

**CERTIFICATE OF SERVICE**

I certify that on this 4th day of February, 2009, a true and correct copy of the above and foregoing **Notice of Filing Supplemental Notice of Service** was served on the following counsel of record by electronic mail and U.S. Mail with adequate postage thereon to ensure delivery and addressed as follows:

Courtland L. Reichman, Esq.
creichman@kslaw.com
Harriet McGillivray Wasserman, Esq.
jwasserman@kslaw.com

2

John C. Sheesley, Esq.
jsheesley@kslaw.com
John Harbin
Jharbin@kslaw.com
Suzanne Smith Williams
swilliams@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309

Mary Ann Ackourey
mackourey@fmglaw.com
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948

**and U.S. Mail with adequate postage thereon to ensure delivery and addressed as follows:**

Lawrence E. Laubscher, Jr.
Laubscher & Laubscher, PC
1160 Spa Road
Suite 2B
Annapolis, Maryland 21403

Mr. Klaus Huenermann, a
representative of Silikal Germany
609 B Fertilla Street
Carrollton, Georgia 30117

                                                /s/Kevin C. Kaplan
                                                Kevin C. Kaplan
                                                (305) 858-2900
                                                Attorneys for Plaintiff
                                                ACRYLICON INTERNATIONAL, LTD.