# EXHIBIT "A"

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that on this 4th day of February, 2009, a true and correct copy of **AcryliCon's Motion For Entry Of Injunction Against Defendant Silikal Germany After Its Default (D.E. # 126) and Brief in Support of AcryliCon's Motion for Entry of Injunction Against Defendant Silikal Germany After Its Default (D.E. #126-3)** were served on the following by electronic mail, Federal Express and U.S. Mail with adequate postage thereon to ensure delivery and addressed as follows:

Harald Schmidt
Managing Director
Silikal Germany
Ostring 23
63533 Mainhausen
Germany
Schmidt@silikal.de


Hubert Weimann
Managing Director
Silikal Germany
Ostring 23
63533 Mainhausen
Germany
weimann@silikal.de


/s/Kevin C. Kaplan
Kevin C. Kaplan