IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD., a foreign corporation ) ) ) Plaintiff, ) ) vs. ) ) SILIKAL-AMERICA, INC., a Georgia Corporation; SILIKAL USA, INC., a Georgia Corporation; SILIKAL GMBH & CO., a foreign corporation; PMM AMERICA, INC., a Georgia corporation; HUNDT INDUSTRIAL, LLC, a foreign limited liability company; CHRISTOPHER HUNDT, an individual; ANDREW MILLS, an individual; and PAUL SONDERMAN, an individual, ) ) ) ) ) ) ) ) Defendants. ) ) | CIVIL ACTION FILE NO. 1:08-cv-00119-CC |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Charles S. Johnson, III of Holland & Knight LLP, and hereby notices his appearance as Counsel of Record for Defendant Silikal GmbH & Co. in the above-captioned matter. All future notices, pleadings, and correspondence may be sent to the address below.

This 23rd day of March, 2009.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

s/ Charles S. Johnson, III
Charles S. Johnson, III
Georgia Bar No. 392850
Joshua I. Bosin
Georgia Bar No. 143054

One Atlantic Center, Suite 2000
1201 West Peachtree Street, NE
Atlanta, Georgia  30309-3400
Telephone:  (404) 817-8500
Facsimile:   (404) 881-0470
charles.johnson@hklaw.com
joshua.bosin@hklaw.com

Counsel for Defendant
Silikal GmbH & Co.

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD., a foreign corporation ) ) )  Plaintiff, ) ) vs. ) ) SILIKAL-AMERICA, INC., a Georgia Corporation; SILIKAL USA, INC., a Georgia Corporation; SILIKAL GMBH & CO., a foreign corporation; PMM AMERICA, INC., a Georgia corporation; HUNDT INDUSTRIAL, LLC, a foreign limited liability company; CHRISTOPHER HUNDT, an individual; ANDREW MILLS, an individual; and PAUL SONDERMAN, an individual, ) ) ) ) )  Defendants. ) ) | CIVIL ACTION FILE NO.<br><br>1:08-cv-00119-CC |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day caused to be served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court by using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following attorneys of record:

3

| | |
|---|---|
| Henry D. Fellows, Jr.<br>Kevin P. Weimer<br>Fellows LaBriola LLP<br>225 Peachtree Street, NE<br>Suite 2300, South Tower<br>Atlanta, Georgia  30303<br>hfellows@fellab.com<br>kweimer@fellab.com | Courtland L. Reichman<br>Jill Wasserman<br>John W. Harbin<br>John P. Sheesley<br>Suzanne S. Williams<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, Georgia  30309<br>creichman@kslaw.com<br>jwasserman@kslaw.com<br>jharbin@kslaw.com<br>jsheesley@kslaw.com<br>sswilliams@kslaw.com |
| Gabriel Groisman<br>Kevin C. Kaplan<br>Coffey Burlington<br>Office in the Grove Penthouse<br>2699 South Bayshore Drive<br>Miami, Florida  33133<br>ggroisman@coffeyburlington.com<br>kkaplan@coffeyburlington.com | Mary Anne Ackourey<br>Freeman Mathis & Gary<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, Georgia  30339-5948<br>mackourey@fmglaw.com |

I further hereby certify that I have served, via the United States Mail, with adequate postage placed thereupon to ensure delivery, a copy of the within and foregoing to the following non-CM/ECF participant:

> Lawrence E. Laubscher, Jr.
> Laubscher & Laubscher, PC
> 1160 Spa Road, Suite 2B
> Annapolis, Maryland  21403

This 23rd day of March, 2009.

s/ Charles S. Johnson, III
Charles S. Johnson, III
Georgia Bar No. 392850

# 6197947_v1