## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ACRYLICON INTERNATIONAL,                )
LTD., a foreign corporation             )
                                        )
      Plaintiff,                      )
                                        )
vs.                                     )
                                        )
SILIKAL-AMERICA, INC., a Georgia        )
Corporation; SILIKAL USA, INC., a       )    CIVIL ACTION FILE NO.
Georgia Corporation; SILIKAL GMBH       )
& CO., a foreign corporation; PMM       )    1:08-cv-00119-CC
AMERICA, INC., a Georgia corporation;   )
HUNDT INDUSTRIAL, LLC, a foreign        )
limited liability company; CHRISTOPHER  )
HUNDT, an individual; ANDREW MILLS,     )
an individual; and  PAUL SONDERMAN,     )
an individual,                          )
                                        )
      Defendants.                     )
_____ )

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Joshua I. Bosin of Holland & Knight LLP, and hereby notices his appearance as Counsel of Record for Defendant Silikal GmbH & Co. in the above-captioned matter.  All future notices, pleadings, and correspondence may be sent to the address below.

This 23rd day of March, 2009.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**


s/ Joshua I. Bosin
Charles S. Johnson, III
Georgia Bar No. 392850
Joshua I. Bosin
Georgia Bar No. 143054

One Atlantic Center, Suite 2000
1201 West Peachtree Street, NE
Atlanta, Georgia  30309-3400
Telephone:  (404) 817-8500
Facsimile:   (404) 881-0470
charles.johnson@hklaw.com
joshua.bosin@hklaw.com

Counsel for Defendant
Silikal GmbH & Co.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ACRYLICON INTERNATIONAL, LTD., a foreign corporation | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SILIKAL-AMERICA, INC., a Georgia Corporation; SILIKAL USA, INC., a Georgia Corporation; SILIKAL GMBH & CO., a foreign corporation; PMM AMERICA, INC., a Georgia corporation; HUNDT INDUSTRIAL, LLC, a foreign limited liability company; CHRISTOPHER HUNDT, an individual; ANDREW MILLS, an individual; and PAUL SONDERMAN, an individual, | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO. 1:08-cv-00119-CC |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day caused to be served a true and correct copy of the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court by using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following attorneys of record:

Henry D. Fellows, Jr.
Kevin P. Weimer
Fellows LaBriola LLP
225 Peachtree Street, NE
Suite 2300, South Tower
Atlanta, Georgia  30303
hfellows@fellab.com
kweimer@fellab.com

Gabriel Groisman
Kevin C. Kaplan
Coffey Burlington
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida  33133
ggroisman@coffeyburlington.com
kkaplan@coffeyburlington.com

Courtland L. Reichman
Jill Wasserman
John W. Harbin
John P. Sheesley
Suzanne S. Williams
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia  30309
creichman@kslaw.com
jwasserman@kslaw.com
jharbin@kslaw.com
jsheesley@kslaw.com
sswilliams@kslaw.com

Mary Anne Ackourey
Freeman Mathis & Gary
100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
mackourey@fmglaw.com

I further hereby certify that I have served, via the United States Mail, with adequate postage placed thereupon to ensure delivery, a copy of the within and foregoing to the following non-CM/ECF participant:

> Lawrence E. Laubscher, Jr.
> Laubscher & Laubscher, PC
> 1160 Spa Road, Suite 2B
> Annapolis, Maryland  21403

This 23rd day of March, 2009.

s/ Joshua I. Bosin
Joshua I. Bosin
Georgia Bar No. 143054

# 6197915_v1