IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD. | ) ) ) |
| Plaintiff, | ) ) ) |
| | ) CIVIL ACTION |
| | ) FILE NO. 1:08-CV-0119-CC |
| v. | ) ) ) |
| SILIKAL-AMERICA, INC.; SILIKAL USA, INC.; SILIKAL GMBH & CO.; PMM AMERICA, INC.; HUNDT INDUSTRIAL, LLC; CHRISTOPHER HUNDT; ANDREW MILLS; and PAUL SONDERMAN, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO WITHDRAW AS COUNSEL

In accordance with Local Rule 83.1E, King & Spalding LLP ("King & Spalding") hereby moves to withdraw as counsel of record for defendants Silikal-America, Inc., PMM America, Inc., Hundt Industrial, LLC, Christopher Hundt, Andrew Mills, and Paul Sonderman.

Withdrawal as counsel in this district is governed by Local Rule 83.1E. The local rule provides that withdrawals will not ordinarily be allowed "after pretrial or at a time when withdrawal will cause a delay in the trial of the case." LR 83.1E(1). As of the date of filing this motion, no

pretrial conference has been scheduled or held. In fact, pursuant to the Court's order of December 8, 2008, discovery in this matter has been suspended for an indeterminate period of time. [See Dkt. No. 118]. And, once resumed, discovery is likely to require several additional months to complete. Additionally, no trial date has been set in this matter. Therefore, withdrawal will not cause a delay in the trial of the case. Accordingly, King & Spalding should be permitted to withdraw as counsel of record in this case.

Furthermore, King & Spalding has followed the court's procedure for withdrawal set forth in Local Rule 83.1E(2)(b). Specifically, King & Spalding provided Silikal-America, Inc.; PMM America, Inc.; Hundt Industrial, LLC; Christopher Hundt; Andrew Mills; and Paul Sonderman with more than 10 (ten) days prior notice of its intention to request permission to withdraw by letter dated March 9, 2009, which included all of the information required by Local Rule 83E.1(2)(b)(A)-(J). See March 9, 2009 Letter, attached as Exhibit A.[1]

King & Spalding therefore respectfully requests that this Court enter an order allowing it to withdraw as counsel of record for Silikal-America,

---

[1] The March 9, 2009 letter from King & Spalding is attached pursuant to Local Rule 83.1E(2)(b)(J), which states that a copy "of the notice shall be affixed to the motion [to withdraw]."

Inc., PMM America, Inc., Hundt Industrial, LLC, Christopher Hundt, Andrew Mills, and Paul Sonderman.  A proposed order is attached hereto.

Respectfully submitted this 30th day of March, 2009.

KING & SPALDING LLP

_s/ John P. Sheesley_
Courtland L. Reichman
  (Ga. Bar No. 599894)
John W. Harbin
  (Ga. Bar No. 324130)
Jill Wasserman
  (Ga. Bar No. 739662)
John P. Sheesley
  (Ga. Bar No. 556914)
Suzanne Smith Williams
  (Ga. Bar No. 526105)
1180 Peachtree Street, NE
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Facsimile:   (404) 572-5135

Attorneys for Defendants
SILIKAL-AMERICA, INC.;
HUNDT INDUSTRIAL, LLC;
CHRISTOPHER HUNDT;
ANDREW MILLS; and
PAUL SONDERMAN

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing brief has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1.

Dated: March 30, 2009

                                          *s/ John P. Sheesley*
                                          John P. Sheesley
                                          (Ga. Bar No. 556914)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record.

>Henry D. Fellows, Jr.
>Kevin P. Weimer
>Fellows LaBriola LLP
>225 Peachtree Street, N.E.
>Suite 2300 South Tower
>Atlanta, Georgia 30303
>
>Kevin C. Kaplan
>Gabriel Groisman
>Coffey Burlington
>2966 South Bayshore Drive
>Penthouse
>Miami, Florida 33133
>
>Mary Anne Ackourey
>Amy M. Combs
>Freeman Mathis & Gary, LLP
>100 Galleria Parkway
>Suite 1600
>Atlanta, Georgia  30339
>
>Lawrence E. Laubscher, Jr.
>Laubscher & Laubscher, P.C.
>1160 Spa Road
>Suite 2B
>Annapolis, Maryland 21403

      Charles Spurgeon Johnson, III
      Joshua Isaac Bosin
      Holland & Knight LLP
      1201 West Peachtree Street, N.E.
      One Atlantic Center, Suite 2000
      Atlanta, GA 30309

In addition, I hereby certify that I have this date served a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL upon Silikal-America, Inc.; PMM America, Inc.; Hundt Industrial, LLC; Christopher Hundt; Andrew Mills; and Paul Sonderman by causing a copy of the same to be deposited in the United States mail in properly addressed envelope with sufficient postage affixed thereto to the following:

| | |
|---|---|
| PMM America, Inc.<br>609B Fertilla Street<br>Carrollton, GA  30117 | Andrew Mills<br>609B Fertilla Street<br>Carrollton, GA  30117 |
| Silikal-America, Inc.<br>609B Fertilla Street<br>Carrollton, GA  30117 | Hundt Industrial, LLC<br>P.O. Box 411<br>North Stonington, CT  06359 |
| Paul Sonderman<br>609B Fertilla Street<br>Carrollton, GA  30117 | Christopher Hundt<br>P.O. Box 411<br>North Stonington, CT  06359 |

Dated: March 30, 2009

                                                       _s/ John P. Sheesley_
                                                       John P. Sheesley