IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD., a foreign corporation<br><br>　　　Plaintiff,<br><br>vs.<br><br>SILIKAL-AMERICA, INC., a Georgia Corporation; SILIKAL USA, INC., a Georgia Corporation; SILIKAL GMBH & CO., a foreign corporation; PMM AMERICA, INC., a Georgia corporation; HUNDT INDUSTRIAL, LLC, a foreign limited liability company; CHRISTOPHER HUNDT, an individual; ANDREW MILLS, an individual; and PAUL SONDERMAN, an individual,<br><br>　　　Defendants. | CIVIL ACTION FILE NO.<br><br>1:08-cv-00119-CC |

**DEFENDANT SILIKAL GMBH'S MOTION TO
SET ASIDE CLERK'S ENTRY OF DEFAULT**

Defendant Silikal GmbH ("Silikal GmbH"), pursuant to Federal Rule of Civil Procedure 55(c), hereby moves this Court to Set Aside the December 5, 2008 default entered against Silikal GmbH by the Clerk of this Court.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law in support hereof, and for good cause shown, Defendant Silikal GmbH

respectfully requests that this Court set aside the Clerk's December 5, 2008 entry of default against Silikal GmbH, thereby allowing Silikal GmbH to respond forthwith to the merits of Plaintiff's claims against it.

This 10th day of April, 2009.

                                  Respectfully submitted,

                                  **HOLLAND & KNIGHT LLP**

                                  s/ Joshua I. Bosin
                                  Charles S. Johnson, III
                                  Georgia Bar No. 392850
                                  Joshua I. Bosin
                                  Georgia Bar No. 143054

One Atlantic Center, Suite 2000
1201 West Peachtree Street, NE
Atlanta, Georgia 30309-3400
Telephone: (404) 817-8500
Facsimile: (404) 881-0470
charles.johnson@hklaw.com
joshua.bosin@hklaw.com

                                  **HARRIS & MOURE PLLC**

                                  s/ Charles P. Moure
                                  Charles P. Moure
                                  Washington Bar No. 23701
                                  *Admitted Pro Hac Vice*
                                  Nadja Vietz
                                  Washington Bar No. 38605
                                  *Pro Hac Vice Admission Pending*

600 Stewart Street, Suite 1200  
Seattle, Washington 98101  
Telephone: (206) 224-5657  
Facsimile: (206) 224-5657  
charles@harrismoure.com  
nadja@harrismoure.com  

                                        Counsel for Defendant  
                                        Silikal GmbH

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD., a foreign corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SILIKAL-AMERICA, INC., a Georgia Corporation; SILIKAL USA, INC., a Georgia Corporation; SILIKAL GMBH & CO., a foreign corporation; PMM AMERICA, INC., a Georgia corporation; HUNDT INDUSTRIAL, LLC, a foreign limited liability company; CHRISTOPHER HUNDT, an individual; ANDREW MILLS, an individual; and PAUL SONDERMAN, an individual, ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO. <br><br> 1:08-cv-00119-CC |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day caused to be served a true and correct copy of the foregoing **DEFENDANT SILIKAL GMBH'S MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT** with the Clerk of Court by using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following attorneys of record:

4

| | |
|---|---|
| Henry D. Fellows, Jr.<br>Kevin P. Weimer<br>Fellows LaBriola LLP<br>225 Peachtree Street, NE<br>Suite 2300, South Tower<br>Atlanta, Georgia 30303<br>hfellows@fellab.com<br>kweimer@fellab.com<br><br>Gabriel Groisman<br>Kevin C. Kaplan<br>Coffey Burlington<br>Office in the Grove<br>Penthouse<br>2699 South Bayshore Drive<br>Miami, Florida 33133<br>ggroisman@coffeyburlington.com<br>kkaplan@coffeyburlington.com | Courtland L. Reichman<br>Jill Wasserman<br>John W. Harbin<br>John P. Sheesley<br>Suzanne S. Williams<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, Georgia 30309<br>creichman@kslaw.com<br>jwasserman@kslaw.com<br>jharbin@kslaw.com<br>jsheesley@kslaw.com<br>sswilliams@kslaw.com<br><br>Mary Anne Ackourey<br>Freeman Mathis & Gary<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, Georgia 30339-5948<br>mackourey@fmglaw.com |

I further hereby certify that I have served, via the United States Mail, with adequate postage placed thereupon to ensure delivery, a copy of the within and foregoing to the following non-CM/ECF participant:

> Lawrence E. Laubscher, Jr.
> Laubscher & Laubscher, PC
> 1160 Spa Road, Suite 2B
> Annapolis, Maryland 21403

This 10th day of April, 2009.

> s/ Joshua I. Bosin
> Joshua I. Bosin
> Georgia Bar. No. 143054

# 6239240_v1