IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ACRYLICON INTERNATIONAL, LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 1:08-CV-0119-CC |
| | ) ) | |
| SILIKAL-AMERICA, INC.; SILIKAL USA, INC.; SILIKAL GMBH & CO.; PMM AMERICA, INC.; HUNDT INDUSTRIAL, LLC; CHRISTOPHER HUNDT; ANDREW MILLS; and PAUL SONDERMAN, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW, Elizabeth G. Borland, of Smith, Gambrell & Russell, LLP, and pursuant to Local Rule 83.1(D), hereby files a Notice of Appearance as counsel on behalf of Defendants Silikal-America, Inc., PMM America, Inc., Hundt Industrial, LLC, Christopher Hundt, Andrew Mills, and Paul Sonderman in the above-styled civil action. The undersigned attorney requests that all notices of the matters

arising in the above referenced action be duly served on the undersigned at the address noted herein.

Respectfully submitted,

Dated this 6th day of May, 2009.

| | |
|---|---|
| Smith, Gambrell & Russell, LLP<br>1230 Peachtree Street, N.E.<br>Suite 3100, Promenade II<br>Atlanta, Georgia  30309-3592<br>(404) 815-3645<br>(404) 685-6945 fax<br>egborland@sgrlaw.com | /s/  Elizabeth G. Borland<br>Elizabeth G. Borland<br>Georgia Bar No. 460313<br><br>Attorney for Defendants Silikal-America, Inc., PMM America, Inc., Hundt Industrial, LLC, Christopher Hundt, Andrew Mills, and Paul Sonderman. |

CERTIFICATION OF FONT AND STYLE

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that the "Notice of Appearance" has been prepared in a font and style approved by Local Rule 5.1(C) (14 point font, Century Schoolbook style).

/s/ Elizabeth G. Borland
Elizabeth G. Borland
Georgia Bar No. 460313

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2009, a copy of the foregoing was filed electronically (and served by mail on anyone unable to accept electronic filing). Notice of this filing will be sent by e-mail to all parties named below by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

Henry D. Fellows, Jr.
Kevin P. Weimer
Fellows LaBriola LLP
225 Peachtree Street, N.E.
Suite 2300 South Tower
Atlanta, Georgia 30303

Kevin C. Kaplan
Gabriel Groisman
Coffey Burlington
2966 South Bayshore Drive
Penthouse
Miami, Florida 33133

/s/ Elizabeth G. Borland
Elizabeth G. Borland
Georgia Bar No. 460313