IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD., a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILIKAL-AMERICA, INC., a Georgia Corporation; SILIKAL USA, INC., a Georgia Corporation; SILIKAL GMBH & CO., a foreign corporation; PMM AMERICA, INC., a Georgia corporation; HUNDT INDUSTRIAL, LLC, a foreign limited liability company; CHRISTOPHER HUNDT, an individual; ANDREW MILLS, an individual, and PAUL SONDERMAN, an individual,<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 1:08-CV-0119-CC |

**CERTIFICATE OF CONSENT TO SUBSTITUTION OF COUNSEL**

Defendant Silikal GmbH, by and through its withdrawing counsel and with the consent of its substituting counsel, in accordance with Local Rule 83.1(E)(2), files this Certificate of Consent to Substitution of Counsel regarding the substitution of its counsel of record in the above-captioned civil action. Silikal GmbH consents to the withdrawal of attorneys Charles Moure and Nadja Vietz of Harris & Moure, PLLC and Charles Spurgeon Johnson, III and Joshua Isaac Bosin

of Holland & Knight, and to the substitution of attorneys David C. Newman and Elizabeth G. Borland of the firm Smith, Gambrell & Russell, LLP.

*Consented to:*

/s/ _____
Silikal GmbH
By: _Hubert Weimann_
Title: _Managing Director_

This _15_ day of _May_, 2009.

Respectfully submitted,

| SMITH, GAMBRELL & RUSSELL, LLP | HARRIS & MOURE, PLLC |
|---|---|
| /s/ _____ | /s/ _____ |
| David C. Newman | Charles Moure |
| Georgia Bar No. 541148 | Nadja Vietz |
| Elizabeth G. Borland | |
| Georgia Bar No. 460313 | Suite 1200 |
| | 600 Stewart Street |
| | Seattle, WA 98101 |
| Promenade II, Suite 3100 | Telephone: 206-224-5657 |
| 1230 Peachtree Street, NE | |
| Atlanta, Georgia 30309-3592 | Holland & Knight |
| Telephone: 404-815-3500 | /s/ _____ |
| Facsimile: 404-815-3509 | Charles Spurgeon Johnson, III |
| | Joshua Isaac Bosin |
| Email: dnewman@sgrlaw.com | 1201 West Peachtree Street, N.E. |
| Email: egborland@sgrla.wcom | One Atlantic Center, Suite 2000 |
| | Atlanta, GA 30309-3400 |
| *Substituting counsel for Defendant* | 404-817-8500 |
| *Silikal GmbH* | *Withdrawing counsel for Defendant* |
| | *Silikal GmbH* |

LIT\1071280.1