IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD. ) ) ) Plaintiff, ) ) ) ) v. ) ) SILIKAL-AMERICA, INC.; SILIKAL USA, INC.; SILIKAL GMBH & CO.; PMM AMERICA, INC.; HUNDT INDUSTRIAL, LLC; CHRISTOPHER HUNDT; ANDREW MILLS; and PAUL SONDERMAN, ) ) ) ) ) ) ) ) Defendants. ) | CIVIL ACTION NO. 1:08-CV-0119-CC |

## CERTIFICATE OF CONSENT TO SUBSTITUTE COUNSEL

COMES NOW, Defendant Silikal GmbH (incorrectly identified in the Amended Complaint as Silikal GmbH & Co.), by and through its withdrawing counsel and with the consent of it substituting counsel, and pursuant to Local Rule 83.1(E)(2), files this Certificate of Consent to Substitute Counsel in the above-referenced matter. Silikal GmbH consents to the withdrawal of David C. Newman and Elizabeth G. Borland of the law firm Smith, Gambrell & Russell, LLP and to the substitution of Mary Anne Ackourey and Amy M. Combs of the law firm

Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339 and Lawrence E. Laubscher, Jr. of the law firm Laubscher & Laubscher, PC.

Mr. Newman, Ms. Borland, and the law firm of Smith, Gambrell & Russell, LLP shall remain as counsel of record for Defendants Silikal-America, Inc.; PMM America, Inc.; Hundt Industrial, LLC; Christopher Hundt; Andrew Mills; and Paul Sonderman.

[SIGNATURES ON FOLLOWING PAGE]

Consented to by:

_____
Hubert Weimann
Managing Director
Silikal GmbH

Respectfully submitted by:

_____
Mary Anne Ackourey
Georgia Bar No. 001555
Amy M. Combs
Georgia Bar No. 179727
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000
F: 770.937.9960
mackourey@fmglaw.com
acombs@fmglaw.com

_____
Lawrence E. Laubscher, Jr.
Laubscher & Laubscher, P.C.
1160 Spa Road, Suite 2B
Annapolis, MD 21403
T: 410.280.6608
F: 410.280.6758
llaubscher@laubscherlaw.com

Counsel for Defendant Silikal USA, Inc.
Substituting Counsel
AC3883

_____
David C. Newman, Esq.
Georgia Bar No. 541148
Elizabeth G. Borland, Esq.
Georgia Bar No. 460313
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E.
Suite 3100, Promenade II
Atlanta, GA 30309-3592
T: 404.815.3576
F: 404.685.6816
dnewman@sgrlaw.com
egborland@sgrlaw.com

Counsel for Defendants Silikal-
America, Inc.; PMM America, Inc.;
Hundt Industrial, LLC; Christopher
Hundt; Andrew Mills; and Paul
Sonderman
Withdrawing Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD.<br><br>Plaintiff,<br><br>v.<br><br>SILIKAL-AMERICA, INC.; SILIKAL USA, INC.; SILIKAL GMBH & CO.; PMM AMERICA, INC.; HUNDT INDUSTRIAL, LLC; CHRISTOPHER HUNDT; ANDREW MILLS; and PAUL SONDERMAN,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:08-CV-0119-CC |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **CERTIFICATE OF CONSENT TO SUBSTITUTE COUNSEL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Kevin C. Kaplan
Gabriel Groisman
Coffey Burlington
2966 South Bayshore Drive
Penthouse
Miami, FL  33133

Henry D. Fellows, Jr.
Kevin P. Weimer
Fellows LaBriola LLP
225 Peachtree Street, N.E.
Suite 2300 South Tower
Atlanta, GA  30303

This 29 day of July, 2009.

_____
Mary Anne Ackourey
Georgia Bar No. 001555

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
T:  770.818.0000
F:  770.937.9960
mackourey@fmglaw.com