IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ACRYLICON INTERNATIONAL, LTD., a foreign corporation, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | FILE NO. 1:08-CV-0119-CC |
| SILIKAL-AMERICA, INC., a Georgia Corporation; SILIKAL USA, INC., a Georgia Corporation; SILIKAL GMBH & CO., a foreign corporation; PMM AMERICA, INC., a Georgia corporation; HUNDT INDUSTRIAL, LLC, a foreign limited liability company; CHRISTOPHER HUNDT, an individual; ANDREW MILLS, an individual; and PAUL SONDERMAN, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **(PROPOSED) CONSENT ORDER FOR EXTENSION OF TIME**

Upon the consent of the undersigned counsel, and for good cause shown:

(1) The time period in which Defendants may file their Response to Plaintiff's Motion for Partial Summary Judgment [Doc 186] is hereby extended through and including August 24, 2009, and Plaintiff shall have until September 11, 2009, to file a Reply Brief in Support of Plaintiff's Motion for Partial Summary Judgment;

1

(2) The time period in which Plaintiff may file its Reply Brief in Support of its Renewed Motion for Preliminary Injunction [Doc 185] is hereby extended through and including August 31, 2009; and

(3) The discovery period shall be extended through and including October 31, 2009.

The Court will defer consideration of the motions, pending completion of the briefing schedule set forth in this Order.

IT IS SO ORDERED, this <u>12th</u> day of August, 2009.

<u>s/CLARENCE COOPER</u>
The Honorable Clarence Cooper
United States District Judge

Prepared and presented by:

FELLOWS LABRIOLA LLP

<u>/s/Henry D. Fellows, Jr.</u>
Henry D. Fellows, Jr.
Georgia Bar No. 257825
hfellows@fellab.com
Kevin P. Weimer
Georgia Bar No. 745979
kweimer@fellab.com
225 Peachtree Street, N.E.
Suite 2300 South Tower
Atlanta, Georgia 30303
Telephone: (404) 586-9200
Facsimile: (404) 586-9201

Coffey Burlington

/s/Kevin C. Kaplan
Kevin C. Kaplan
Florida Bar No. 933848
kkaplan@coffeyburlington.com
2966 South Bayshore Drive, PH
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

Attorneys for Plaintiff
ACRYLICON INTERNATIONAL, LTD.

Laubscher & Laubscher, PC

/s/Lawrence E. Laubscher, Jr.
Lawrence E. Laubscher, Jr., Esq.
Maryland Bar No. is 15487.
Virginia Bar No. is 18680
llaubscher@laubscherlaw.com
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403
Telephone: (410) 280-6608
Facsimile: (410) 280-6758

Freeman Mathis & Gary, LLP

/s/Mary Ann Ackourey
Mary Ann Ackourey, Esq.
Georgia Bar No.001555
mackourey@fmglaw.com
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
Telephone: (770) 818-0000
Facsimile: (770) 937-9960

Attorneys for Defendants
SILIKAL USA, INC. AND SILIKAL GMBH

SMITH, GAMBRELL & RUSSELL, LLP

/s/David C. Newman
David C. Newman, Esq.
Georgia Bar No. 541148
DNEWMAN@sgrlaw.com
Elizabeth G. Borland, Esq.
Georgia Bar No.460313
egborland@sgrlaw.com
David A. Mobley, Esq.
Georgia Bar No. 141242
DMOBLEY@sgrlaw.com
1230 Peachtree Street, N.E.
Suite 3100, Promenade II
Atlanta, Georgia 30309-3592
Phone 404-815-3500
Fax 404-685-6816

Attorneys for Defendants PMM AMERICA, INC.,
HUNDT INDUSTRIAL, LLC, SILIKAL AMERICA, INC.
CHRISTOPHER HUNDT, ANDREW MILLS
PAUL SONDERMAN