IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD., a foreign corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SILIKAL-AMERICA, INC., a Georgia Corporation; SILIKAL USA, INC., a Georgia Corporation; SILIKAL GMBH & CO., a foreign corporation; PMMAMERICA, INC., a Georgia corporation; HUNDT INDUSTRIAL, LLC, a foreign limited liability company; CHRISTOPHER HUNDT, an individual; ANDREW MILLS, an individual, and PAUL SONDERMAN, an individual,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:08-CV-0119-CC |

## NOTICE OF TAKING VIDEOTAPE DEPOSITION

TO:   Laurel Kelson
      c/o Kevin C. Kaplan, Esq.
      Coffey Burlington
      2966 South Bayshore Drive
      Penthouse
      Miami, Florida 33133

WITH COPY TO:   Henry D. Fellows
                Fellows LaBriola LLP
                225 Peachtree Street, N.E.
                Suite 2300 South Tower
                Atlanta, Georgia 30303

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Rules 26 and 30 et seq., counsel for Defendants PMMAmerica, Inc., Silikal-America, Inc., Hundt Industrial, LLC, Paul Sonderman, Christopher Hundt, and Thomas Andrew Mills will take the deposition of Laurel Kelson beginning at 9:00 o'clock A.M., on October 26th, 2009, at the offices of Fellows LaBriola LLP, 225 Peachtree Street, N.E., Suite 2300, South Tower, Atlanta, Georgia 30303, and continuing day-to-day until completed.

-2-

This deposition is to be upon oral examination for purposes of cross-examination and all other purposes proper under the Federal Rules of Civil Procedure, Federal Rules of Evidence and for such purposes as may be authorized under applicable statutes and rules of court, before a Notary Public or some other office authorized to administer oaths.

You are invited to attend and examine.

This 21st day of October, 2009.

                                        By: /s/ David C. Newman
                                            David C. Newman
                                            Georgia Bar No. 541148
                                            dnewman@sgrlaw.com
                                            David A. Mobley
                                            Georgia Bar Number 141242
                                            dmobley@sgrlaw.com

                                            Smith, Gambrell & Russell, LLP
                                            1230 Peachtree Street, N.E.
                                            Suite 3100, Promenade II
                                            Atlanta, Georgia 30309-3592
                                            (404) 815-3500
                                            (404) 685-6884 Facsimile

                                            Attorneys for Defendants
                                            PMMAmerica, Silikal-America, Hundt
                                            Industrial, Christopher Hundt, Andrew
                                            Mills and Paul Sonderman

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACRYLICON INTERNATIONAL, LTD., a foreign corporation,<br><br>   Plaintiff,<br><br>v.<br><br>SILIKAL-AMERICA, INC., a Georgia Corporation; SILIKAL USA, INC., a Georgia Corporation; SILIKAL GMBH & CO., a foreign corporation; PMM AMERICA, INC., a Georgia corporation; HUNDT INDUSTRIAL, LLC, a foreign limited liability company; CHRISTOPHER HUNDT, an individual; ANDREW MILLS, an individual, and PAUL SONDERMAN, an individual,<br><br>   Defendants. | CIVIL ACTION FILE NO.:<br>1:08-CV-0119-CC |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2009, a copy of the foregoing Notice of Taking Videotaped Deposition was filed electronically (and served by mail on anyone unable to accept electronic filing). Notice of this filing will be sent by e-mail to all parties named below by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

Henry D. Fellows, Jr.
Kevin P. Weimer
Fellows LaBriola LLP
225 Peachtree Street, N.E.
Suite 2300 South Tower
Atlanta, Georgia 30303

Kevin C. Kaplan
Gabriel Groisman
Coffey Burlington
2966 South Bayshore Drive
Penthouse
Miami, Florida 33133

LIT\1087192.1

-4-

Mary Ann Ackourey
mackourey@fmglaw.com
Freeman Mathis & Gary, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948

Lawrence E. Laubscher, Jr.
Laubscher & Laubscher, PC
1160 Spa Road, Suite 2B
Annapolis, Maryland 21403

 According to the records of the Clerk of the Court, the above attorneys are each CM/ECF participants, and the Clerk of the Court has not identified any non-CM/ECF participants.

             /s/David A. Mobley
             Attorney for Defendants
             PMMAmerica, Inc., Silikal-America, Inc., Hundt Industrial, LLC, Christopher Hundt, Andrew Mills and Paul Sonderman